IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 22 PM 3: 12

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Criminal No. 03-20447-Ml |
| ASHLEY MARTIN, | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

Before the court is the government's motion to dismiss without prejudice the indictment in this matter. For good cause shown, the motion is granted. The indictment, No. 03-20447, returned against Ashley Martin on November 25, 2003 is dismissed without prejudice.

Entered this 22 day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE

Date: 6/21/05

Approved by: _____
Special Assistant U.S. Attorney

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____





# Notice of Distribution

This notice confirms a copy of the document docketed as number 76 in case 2:03-CR-20447 was distributed by fax, mail, or direct printing on June 23, 2005 to the parties listed.

---

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT