IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 11  PM 12: 28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                  Cr. No. 03-20447 – Ml

ASHLEY MARTIN

    Defendant.                                                   Judge McCalla

### ORDER CERTIFYING APPOINTED COUNSEL'S FEE REQUEST
### ABOVE STATUTORY STANDARD

For good cause shown, appointed counsel Lee Gerald's motion for certification and approval of attorney fees in excess of the statutory standard, for the amounts set out in counsel's CJA form 20 for this case, is hereby **GRANTED**. In accordance with 18 U.S.C. §3006A(d)(3), the Court certifies that the representation provided by Mr. Gerald in this case was both extended and complex and the excess payment requested is necessary to provide for fair compensation.

It is so **ORDERED**, this the ___10___ day of ___August___, 2005.

JON PHIPPS MCCALLA.
United States District Court Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _10-13-05_

79

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 79 in case 2:03-CR-20447 was distributed by fax, mail, or direct printing on October 13, 2005 to the parties listed.

---

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Room 242
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT